FRANK S. CARBONE, JR., & another[1] *vs.* PLANNING BOARD OF BEVERLY.
No. 91-P-634. July 24, 1992. *Subdivision Control*, Regulations, Access
ways, Decision of planning board.

The planning board of the city of Beverly (board) appeals from a judg-
ment of the Land Court ordering the board to approve the plaintiffs' subdi-
vision plan. The Land Court ruled that the board had committed error
when it included a portion of an adjacent public street in calculating the
length of the dead-end streets in the proposed subdivision. The board has
appealed, claiming that in the circumstances it could consider the effect on
the subdivision of the length of the adjacent public street.

The issue raised in this case is identical to that considered and decided
in *Federline* v. *Planning Bd. of Beverly*, *ante* 65 (1992). There is no need
for us to repeat our analysis.

The judgment is reversed, and a new judgment is to issue declaring that
the board's decision was not in excess of its authority.

*So ordered.*

*Mary P. Harrington* for the defendant.
*Michael P. McCarron* for the plaintiffs.